27 A.3d 987

**Anne WILSON, Appellant**

v.

**Honorable Patricia M. BACHMAN, and Honeywell, Inc., and Travelers Casualty and Surety Company, Appellees.**

Supreme Court of Pennsylvania.

Aug. 25, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of August, 2011, it appearing that Appellant has failed to raise any argument of merit, the Order of the Commonwealth Court dismissing Appellant's appeal as moot is **AFFIRMED.**